TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF, AUSA
Deputy Chief, Civil Fraud Section
KAREN Y. PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.8561 | F: 213.894.7819
    Email: Karen.Paik@usdoj.gov

Attorneys for United States of America

**FILED**
CLERK, U.S. DISTRICT COURT

4/6/22

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ sr _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 21-06086-JFW (Skx)<br><br>**RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' CONSENT; STIPULATION RE UNSEALING OF CASE**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CASE] |

1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS, AUSA
   Chief, Civil Division
3  ROSS M. CUFF, AUSA
   Chief, Civil Fraud Section
4  KAREN Y. PAIK (Cal. Bar No. 288851)
   Assistant United States Attorney
5      Room 7516, Federal Building
       300 N. Los Angeles Street
6      Los Angeles, California 90012
       T: 213.894.8561 | F: 213.894.7819
7      Email: Karen.Paik@usdoj.gov

8  Attorneys for United States of America

9              UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12

13  | UNITED STATES OF AMERICA, *ex rel.* PLEWS, INC., | No. CV 21-06086-JFW (SKx) |
    | --- | --- |

14  |                       | **RELATOR'S REQUEST FOR** |
    |      Plaintiffs,      | **DISMISSAL OF ACTION; UNITED** |

15  |                       | **STATES' CONSENT; STIPULATION** |
    |         v.            | **RE UNSEALING OF CASE** |

16  | SUNSONG NORTH AMERICA, INC.; |  |
    | HARCO MANUFACTURING GROUP, | **[FILED UNDER SEAL PURSUANT TO** |

17  | LLC; SUNSONG HOLDINGS INC.; | **THE FALSE CLAIMS ACT, 31 U.S.C.** |
    | QINGDAO SUNSONG CO., LTD.; | **§§ 3730(b)(2) AND (3)]** |

18  | IMPERIAL CABLE INDUSTRIES CO. |  |
    | LTD.; VIRAYONT GROUP CO., LTD; |  |

19  | SUNSONG THAILAND CO. LTD, | [LODGED CONCURRENTLY UNDER |
    |                       | SEAL: [PROPOSED] ORDER TO |

20  |      Defendants.      | DISMISS ACTION AND TO UNSEAL |
    |                       | CASE] |

21

22

23

24

25

26

27

28

## RELATOR'S REQUEST FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), *qui tam* plaintiff Plews, Inc. (the "Relator"), hereby requests that the Court dismiss, without prejudice, the above-captioned action ("this action"), and all of its claims against the defendants in this action, including but not limited to Relator's claims for reasonable attorney's fees, and expenses and costs pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(d).

Dated: March ~~March~~ April 5, 2022        SANDLER, TRAVIS & ROSENBERG, P.A.

T. RANDOLPH FERGUSON
Attorney for Relator

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1

## CONSENT OF THE UNITED STATES OF AMERICA

Pursuant to 31 U.S.C. § 3730(b)(1), and in the interests of justice, the Attorney General of the United States of America ("United States"), through its undersigned attorneys, hereby consents to the dismissal of this action without prejudice as to the United States.

Respectfully submitted,

Dated: April 5, 2022

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section

KAREN Y. PAIK
Assistant United States Attorney

Attorneys for the United States of America

2

## STIPULATION RE UNSEALING OF CASE

The United States and the Relator, through their respective attorneys of record and subject to the approval of the Court, stipulate that, of the papers filed or lodged to date with the Court in this action, the following documents should be unsealed:

1.     The Relator's Complaint;

2.     The Relator's Request for Dismissal of Action; United States' Consent; Stipulation re Unsealing of Case, and the accompanying proposed Order.

The United States and the Relator further stipulate that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: March 5, 2022          SANDLER, TRAVIS & ROSENBERG, P.A.


T. RANDOLPH FERGUSON

Attorneys for Relator

3

Dated: April 5, 2022

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section


KAREN Y. PAIK
Assistant United States Attorney

Attorneys for the United States of America

4

## PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

I served the RELATOR'S REQUEST FOR DISMISSAL OF ACTION; UNITED STATES' CONSENT; STIPULATION RE UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing:  April 6, 2022.  Place of e-mailing:  Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

T. Randolph Ferguson
SANDLER, TRAVIS & ROSENBERG, P.A.
357 North Citrus Avenue
Los Angeles, California 90036
rferguson@strtrade.com


I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2022, at Los Angeles, California.


ROSALIN  DAVIS