TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
KAREN Y. PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.8561 | F: 213.894.7819
    Email: Karen.Paik@usdoj.gov

Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PLEWS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUNSONG NORTH AMERICA, INC.; HARCO MANUFACTURING GROUP, LLC; SUNSONG HOLDINGS INC.; QUINGDAO SUNSONG CO., LTD.; IMPERIAL CABLE INDUSTRIES CO. LTD.; VIRAYONT GROUP CO., LTD; SUNSONG THAILAND CO. LTD.,<br><br>    Defendants. | No. CV 21-06086-JFW(SKx)<br><br>**ORDER TO DISMISS ACTION AND TO UNSEAL CASE** |

*Qui tam* plaintiff Plews, Inc., (the "Relator") having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-captioned action ("this action") be dismissed without prejudice; the United States of America ("United States") having consented, in the interests of justice, to such dismissal without prejudice; and the Relator and the United States, having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice.
2. The seal is lifted from this action in all respects, except as specified in Paragraph 4 below.
3. Of the documents filed and lodged to date in this action, the following documents only shall be unsealed:

   a. **The Relator's Complaint**;
   
   b. **The Relator's Request for Dismissal of Action; United States' Consent; Stipulation re Unsealing of Case; and**
   
   c. **This Order.**

4. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

Dated: April 6, 2022

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

<u>PROOF OF SERVICE BY E-MAIL</u>

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

I served the [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CASE on each person or entity named below by e-mail.

Date of e-mailing: April 6, 2022. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

rferguson@strtrade.com
T. Randolph Ferguson
SANDLER, TRAVIS & ROSENBERG, P.A.
357 North Citrus Avenue
Los Angeles, California 90036

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2022, at Los Angeles, California.

_____
ROSALIN R. DAVIS